GEOFFREY HANSEN
Acting Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Oscar Aquino Montero

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

OSCAR AQUINO MONTERO,

    Defendant.

No. CR 12-0095 EMC

STIPULATION AND [PROPOSED] ORDER MODIFYING MOTION BRIEFING AND HEARING DATES AND EXCLUDING ADDITIONAL TIME FROM JULY 25, 2012 TO AUGUST 1, 2012

**STIPULATION**

The Court previously set a briefing schedule on defendant's motion with a hearing date of July 25, 2012. Undersigned defense counsel will likely be unavailable on July 25, 2012 due to her anticipated participation in a week-long capital case training course that week; further, undersigned counsel requires additional time to complete the motion. Defense counsel proposes moving the dates by one week such that defendant's motion would be filed on June 27, 2012, the government would file its opposition brief on July 18, 2012, the defense would file any reply by July 25, 2012, and the court would hear the motion of August 1, 2012 or any date thereafter convenient to the

1 | Court. The government has no objection to this request.

2 | Time until July 25, 2012 has previously been excluded by court order. The parties also agree that the time between July 25, 2012 and August 1, 2012 (or some date thereafter convenient to the Court) should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

Dated: 6/21/12

MELINDA HAAG
United States Attorney

/s/

J. MARK KANG
Special Assistant United States Attorney

/s/

Dated: 6/21/12

SHAWN HALBERT
Attorney for Defendant

**ORDER**

For the reasons stated above, the Court modifies the motion briefing and hearing date as follows: Defendant shall file his opening motion by June 27, 2012, the government shall file its opposition brief by July 18, 2012, the defense shall file any reply by July 25, 2012. The Court will hear the motion on August 1, 2012 at 2:30 p.m. [or _____ ___, ~~2012~~].

IT IS FURTHER ORDERED that the time between July 25, 2012 and August 1, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED: June 21, 2012



_____
THE HONORABLE
United States District Judge